# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 25, 2011

142771 & (47)(48)(50)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CARL DIXON,
      Defendant-Appellant.

SC: 142771
COA: 295550
Kent CC:   09-003242-FH
              09-003241-FH

_____/

On order of the Court, the motions to remand, to appoint counsel and to expand the record are DENIED. The application for leave to appeal the February 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 25, 2011

h0718

Clerk